on defendant's counterclaim, in an action brought by plaintiff to recover the down payment on a contract for the sale of land on the ground that the title was unmarketable, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. [150 Misc. 804.]

ERNEST P. EUVRARD, as Administrator, etc., of PETER J. EUVRARD, Deceased, Appellant, v. JANET E. THORN and Another, Respondents.— Judgment dismissing the plaintiff's complaint at the close of the case, in an action to recover damages for the death of plaintiff's intestate as the result of injuries received at a street intersection through the alleged negligence of the defendants in the operation of a motor vehicle owned by defendant Broughton and operated by defendant Thorn, reversed on the law and a new trial granted, costs to appellant to abide the event. We are of opinion that the proof adduced presented a question of fact for determination by the jury. (*Metzger* v. *Cushman's Sons, Inc.*, 243 N. Y. 118.) Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

ANNA GROSSMAN and Another, Appellants, v. MAX KASMERE and Another, Respondents.— Action by plaintiff Anna Grossman to recover damages for personal injuries sustained by falling down an alleged defective stairway in the house of defendants, whom she was visiting, and by Morris Grossman, her husband, to recover for expenses and loss of services. Appeal from judgment rendered in favor of defendants after a trial without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

LILLIAN M. HOLTJE, Respondent, v. KATHERINE M. SAVAGE, Appellant.— Judgment in favor of plaintiff for damages to property and for personal injuries as a result of a collision of automobiles at a highway intersection unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THOMAS F. CHIFFRILLER for a Judicial Review of the Returns of the Board of Elections in Respect to the Error in the Count of the County Committeemen for the Fifty-first Election District, Fourth Assembly District, Queens County. THOMAS F. CHIFFRILLER, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK and Others, Respondents.— Order denying motion to determine summarily that the petitioner was duly elected a county committeeman and to review the ballots accordingly affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of J. RADFORD JOHNSON, as Administrator, etc., of EMILY M. JOHNSON, Deceased. DAYTON W. JOHNSON, Appellant; FRED. W. PENNY, Individually and as Attorney for J. RADFORD JOHNSON, as Administrator, etc., and Others, Respondents.— Proceeding for an accounting by an administrator. Appeal from that part of the decree which, in settling the account, adjudges that a payment of $3,962.86 to appellant was an advancement against his share of the estate and directing that that amount be deducted from his share. Decree of the Surrogate's Court of Rockland county unanimously affirmed, with costs against appellant. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BENJAMIN W. MOORE and Another, as Judgment Creditors in an Action Entitled " Benjamin W. Moore and Frederick D. Breithack, Plaintiffs, v. The City of Yonkers, Defendant," Respondents, and W.

CHANTLER ARBUCKLE, as Receiver under Two Judgments Entitled as Follows: "In the Matter of the Proceedings Supplemental to Execution under a Judgment in Favor of John Ritchie and Barbara L. Ritchie, Plaintiffs, against Frederick D. Breithack, Impleaded with Others, Defendants," and "In the Matter of Supplementary Proceedings: R. B. McFalls & Co., Inc., Judgment Creditor, against Frederick D. Breithack, Individually and Trading under the Trade Name and Style of Breithack & Co., Judgment Debtor," for a Peremptory Mandamus Order Directed to JAMES E. HUSHION, Comptroller and Treasurer of the City of Yonkers, Appellant.— Order of peremptory mandamus directing the issuance of a city warrant to pay the judgment and other items of the petitioners' claim unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

AUGUSTA KNICKMAN, Respondent, v. HOWARD W. KNICKMAN, Appellant.— Action by plaintiff to recover damages for personal injuries received through the alleged negligence of defendant, her son, in the operation of the car in which she was riding. Appeal from judgment in favor of plaintiff. Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Carswell, J., dissents and votes to affirm.

MAMIE T. McKINNEY, Plaintiff, v. NICHOLAS P. SUSSILLO, as President of Lieutenants' Benevolent Association of the Police Department of the City of New York, Defendant.— Action to recover a death benefit of $500 under a certificate issued by the Lieutenants' Benevolent Association of the Police Department of the City of New York to the plaintiff's decedent, in which plaintiff was named as beneficiary. Judgment unanimously directed for plaintiff on the agreed statement of facts, without costs. The course of dealings between the parties over a period of twenty-four years evidences a waiver by the said association of the provisions of article XVIII of the constitution in respect of automatic suspension for failure to make payments within the required period and it is thereby estopped to claim forfeiture. (*Kenyon* v. *K. T. & M. M. A. Assn.*, 122 N. Y. 247, 261; *Steuernagel* v. *Supreme Council of R. A.*, 234 id. 251, 258; *McClure* v. *Supreme Lodge*, 41 App. Div. 131.) The cases invoked by the defendant are readily distinguishable. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ. Settle order on notice.

ELIZABETH MOONEY, Appellant, v. WALTER SMITH, Respondent. JOSEPH C. MOONEY, Appellant, v. WALTER SMITH, Respondent.— Action by plaintiff Elizabeth Mooney to recover for personal injuries sustained when the automobile in which she was riding as a passenger collided with defendant's car, and by Joseph C. Mooney, her husband, to recover for expenses and loss of services. Separate appeals from judgments in favor of defendant. Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MORGAN LAKE COMPANY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.*— Action to recover damages to ice under a covenant in certain deeds whereby the defendant and its predecessors agreed to pay any damage suffered by plaintiff from the throwing of sparks, cinders, coal dust and ashes from the locomotives of passing trains. Judgment modified

---

* Affd., 267 N. Y. ——.